Patricia J. GALL, Petitioner,

v.

DEPARTMENT OF AGRICULTURE, Respondent.

No. 2009–3209.

United States Court of Appeals, Federal Circuit.

Aug. 18, 2009.

### ORDER

Petitioner having paid the required filing fee and having filed the required Statement Concerning Discrimination, it is,

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.

Petitioner should compute the due date for filing its brief 21 days from the date of filing of this order.

FORT MOJAVE INDIAN TRIBE, Appellant,

v.

Kathleen SEBELIUS, Secretary of Health and Human Services, Appellee.

No. 2009–1232.

United States Court of Appeals, Federal Circuit.

Aug. 27, 2009.

ON MOTION

*ORDER*

Fort Mojave Indian Tribe moves to withdraw its appeal.*

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

* Fort Mojave requests that this dismissal be with prejudice; however, it is not the practice of this court to dismiss with or without prejudice.